07 CV 6362

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE COTE

INNOVATIVE USA, INC.,

    Plaintiff,

v.

STERLING PUBLISHING CO., INC.,

    Defendant

Civil Action No. 00-CIV-

Rule 7.1 Statement

JUL 1 2 2007
U.S.D.C. S.D.
CASHIER

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____INNOVATIVE USA, Inc.\_\_\_\_\_ (a private nongovernmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

    NONE

Date: \_\_\_\_7/12/07_____

_____
Signature of Attorney

**Attorney Bar Code: AC 8738**