AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__   DISTRICT OF   __NEW YORK__

## APPEARANCE

Case Number: 07-CV-6362

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

INNOVATIVE USA, INC.,
Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/16/2007 | _(signature)_ |
| Date | Signature |
| | Alan B. Clement — AC 8738 |
| | Print Name — Bar Number |
| | 1185 Avenue of the Americas |
| | Address |
| | New York    NY    10036 |
| | City    State    Zip Code |
| | (212) 302-8989    (212) 302-8998 |
| | Phone Number    Fax Number |