UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INNOVATIVE USA, INC.,

    Plaintiff,

v

STERLING PUBLISHING CO., INC.,

    Defendant.

Civil Action No. 07-CIV-6362

## CERTIFICATE OF SERVICE

I, JASON LABOY: hereby certify that on July _13_, 2007, a true and correct copy of the following documents were caused to be served on Sterling Publishing Co., Inc. via hand delivery:

    Complaint
    Civil Cover Sheet
    Summons in a Civil Action

July 13, 2007
Date

_(signed)_

JASON LABOY
(printed)

✎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | JULY 13, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JASON LABOY | OPERATIONS MANAGER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
1290 AVENUE OF AMERICAS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
HAND DELIVERED TO JENNIFER L. POMPER ASSISTANT MANAGING CLERK, AT BRYAN CAVE ATTORNEYS OF DEFENDANT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/13/07
             Date

Signature of Server

1185 AVENUE OF AMERICAS
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.