AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 07-CIV-6362

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

INNOVATIVE USA, INC.,
Plaintiff

certify that I am admitted to practice in this court.

| 7/13/2007 | | |
|---|---|---|
| Date | Signature | |
| | Jordan Garner | JG 4726 |
| | Print Name | |
| | 1185 Avenue of The Americs | |
| | Address | |
| | New York          NY | 10036 |
| | | Zip Code |
| | (212) 302-8989 | (212) 302-8998 |
| | Phone Number | Fax Number |