UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

Case No. 1:07-cv-6362

| |
|---|
| Innovative USA, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Sterling Publishing Co., Inc.<br><br>Defendant. |

**CERTIFICATE OF SERVICE**

    I, Jordan G. Garner, hereby certify that on July 16, 2007, a true and correct copy of the Notice of Appearance for Alan B. Clement; Notice of Appearance for Jordan G. Garner; Certificate of Service; and Affidavit of Service was caused to be served on Sterling Publishing Co., Inc. by way of their Attorney, Joseph J. Richetti of BRYAN CAVE LLP, via facsimile at (212) 541-1498.


    July 16, 2007                                            /Jordan G. Garner/
          Date                                                       (signed)

                                                                              Jordan Garner
                                                                                (printed)