```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/07
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOVATIVE USA, INC., <br>           Plaintiff, <br> vs. <br> STERLING PUBLISHING CO., INC., <br>           Defendant. | Civil Action No. 07-CV-6362 (DLC) |

### ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

HAVING CONSIDERED Defendant Sterling Publishing Co., Inc.'s Stipulation Extending Time to Respond to Complaint, IT IS HEREBY ORDERED that Defendant Sterling Publishing Co., Inc.'s time to answer, make a motion with respect to, or otherwise respond to the Complaint in the above-captioned action is extended through and including September 11, 2007.

Dated: August 10, 2007

IT IS SO ORDERED:

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

RSDOCS1\1398975.1

07/25/2007  13:39    2123028998              HEDMAN & COSTIGAN, PC              PAGE  02

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

INNOVATIVE USA, INC.,
          Plaintiff,

vs.

STERLING PUBLISHING CO., INC.,

          Defendant.

Civil Action No. 07-CV-6362 (DLC)

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties herein that defendant Sterling Publishing Co., Inc.'s time to answer, make a motion with respect to, or otherwise respond to the Complaint in the above-captioned action is extended through and including September 11, 2007.

Dated: July 25, 2007

HEDMAN & COSTIGAN P.C.

Alan B. Clement
Jordan Garner

1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 302-8989
Facsimile: (212) 302-8998

*Attorneys for Plaintiff*

BRYAN CAVE LLP

Eric Wolff Kahn
Joseph J. Richetti

1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630

*Attorneys for Defendant*

RSDOCS1\1398975.1