**Erik Kahn EK(5146)**
erik.kahn@bryancave.com
**Joseph Richetti JJR(5915)**
joe.richetti@bryancave.com
**Elizabeth J. Goldberg, EJG (3373)**
ejgoldberg@bryancave.com
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, New York 10104
Phone: (212) 541-1143
Fax:    (212) 541-1497

Attorneys for Defendant Sterling Publishing Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

| | |
|---|---|
| INNOVATIVE USA, INC., | : |
| Plaintiff, | : Civ. Action No. No. 07 CV 6362 |
| - against - | : **DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |
| STERLING PUBLISHING CO., INC. | : |
| Defendant. | : |

------------------------------ x

Bryan Cave LLP, as counsel for Defendant, for its Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, hereby certifies that Defendant is a wholly-owned subsidiary of Barnes & Noble, Inc., a publicly held corporation.

Dated: New York, New York
September 10, 2007

BRYAN CAVE LLP

By: /s Joseph Richetti
Joseph Richetti JJR(5915)

1290 Avenue of the Americas
New York, NY 10104
(212) 541-2000

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 10, 2007, a true and correct copy of the foregoing document was served by First-Class Mail, postage prepaid, addressed as follows:

TO:    Alan B. Clement
          Hedman & Costigan P.C.
          1185 Avenue of the Americas
          New York, New York 10036

                                        s/Elizabeth Goldberg

C062189-0137474/1110795v1