UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- -X

INNOVATIVE USA, INC.,

                Plaintiff,

-v-

STERLING PUBLISHING CO., INC.,

                Defendant.

------------------------------------------------------------------- -X

07 CIV. 6362 (DLC) (KNF)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_  Specific Non-Dispositive Motion/Dispute*

_____

_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

 X  Settlement*

\_\_\_  Inquest After Default/Damages Hearing

\_\_\_  Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

\_\_\_  Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

\_\_\_  Habeas Corpus

\_\_\_  Social Security

\_\_\_  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

\*  Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:  New York, New York
           September 25, 2007

                                                  _/s/ Denise Cote_
                                                  DENISE COTE
                                       United States District Judge