```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
INNOVATIVE USA, INC.,                   :    07 CIV. 6362 (DLC)
                                        :
              Plaintiff,                :    PRETRIAL
                                        :    SCHEDULING ORDER
     -v-                                :
                                        :
STERLING PUBLISHING CO., INC.,          :
                                        :
              Defendant.                :
----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on September 21, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  The parties are instructed to contact the chambers of Magistrate Judge Kevin N. Fox prior to **September 28, 2007** in order to pursue settlement discussions under his supervision.

2.  The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **October 5, 2007**.

3.  The following motion will be served by the dates indicated below.

    Defendant's motion to stay

    -   Motion served by **October 19, 2007**
    -   Opposition served by **November 2, 2007**
    -   Reply served by **November 9, 2007**

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

4.  All fact discovery on the validity of the patent must be completed by **February 22, 2008**.

5.  The following motion will be served by the dates indicated below.

Any motion for summary judgment on the validity of the patent

- Motion served by **March 14, 2008**
- Opposition served by **April 4, 2008**
- Reply served by **April 18, 2008**

Dated:   New York, New York
         September 25, 2007

_____
DENISE COTE
United States District Judge