UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
INNOVATIVE USA, INC.,                            :

       Plaintiff,                                      :

   -against-                                              :

                                                        **ORDER**

STERLING PUBLISHING CO., INC.,          :          07 Civ. 6362 (DLC)(KNF)

       Defendant.                                   :
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/03/07
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     IT IS HEREBY ORDERED that the settlement conference previously scheduled for October 10, 2007, at 10:15 a.m., shall be held on November 28, 2007, at 2:30 p.m., in courtroom 20A, 500 Pearl Street, New York, New York.

Dated: New York, New York
       October 2, 2007

SO ORDERED:

*/s/ Kevin Nathaniel Fox*
_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE