UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
INNOVATIVE USA, INC., : Case No. 07-cv-06362 (DLC)
　　　　　　　　　Plaintiff, :
:
:
:
- v. - : **NOTICE OF CHANGE OF**
: **LAW FIRM AND ADDRESS**
: **FOR ALAN B. CLEMENT**
:
STERLING PUBLISHING COMPANY, INC., :
　　　　　　　　　Defendant. :
:
:
:
------------------------------------------------------------------ x

TO:　　All Parties:

　　　　PLEASE TAKE NOTICE that, effective IMMEDIATELY, Alan B. Clement, an attorney for Plaintiff Innovative USA, Inc., has moved to the law firm of LOCKE LORD BISSELL & LIDDELL LLP, 885 Third Avenue, New York, NY 10022, (212) 947-4700, (212) 947-1202 (fax).

Dated:　New York, New York
　　　　February 5, 2008

_____
ALAN B. CLEMENT (AC 8738)
LOCKE LORD BISSELL & LIDDELL LLP
Attorneys for Plaintiff Innovative USA, Inc.
885 Third Avenue, 26th Floor
New York, NY 10022
(212) 947-4700
aclement@lockelord.com